Circuit denied. *Messrs. George E. H. Goodner* and *D. F. Prince* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 399. SANTLY BROS., INC., ET AL. *v.* WILKIE. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles S. Rosenschein* for petitioners. *Mr. Louis Nizer* for respondent.

No. 401. EASTLAND COMPANY *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 402. CONGRESS SQUARE HOTEL CO. *v.* SAME. October 25, 1937. Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Paul M. Segal* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Charles H. Weston* and *Hampson Gary* for respondent Federal Communications Commission. *Mr. M. L. Bernsteen* for intervener Portland Broadcasting System. Reported below: 67 App. D. C. 316; 92 F. (2d) 467.

No. 404. CROSSETT *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 405. GUARANTY TRUST CO., TRUSTEE, ET AL. *v.* THOMPSON, TRUSTEE. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the